IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | Charles App, III<br>Debtor | )  Chapter 13<br>)<br>)  No. 19-12879-ELF<br>) |

**CERTIFICATION OF NO RESPONSE**

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.

                                                /s/David M. Offen
                                                David M. Offen
                                                Attorney for Debtor

**Date:7/24/19**