# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-12879-ELF

CHARLES APP, III

3620 WEST CROWN AVENUE

PHILADELPHIA, PA 19114-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

CHARLES APP, III

3620 WEST CROWN AVENUE

PHILADELPHIA, PA 19114-

Counsel for debtor(s), by electronic notice only.

DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

        /S/ William C. Miller

Date: 8/1/2019        _____

        William C. Miller, Esquire
        Chapter 13 Standing Trustee