IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Charles App, III | : | Case No. 19-12879-mdc |
| xxx-xx-4602 | | |
| Debtor | | |

ORDER

AND NOW, this __19th__ day of __January_____, 2024, it is hereby ORDERED that the Wage Order in effect in the above captioned matter be TERMINATED.

_____
**HONORABLE MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE**

Employer:
Lockheed Martin Shared Services
Attn: PA4
1040 S. Parkway Frontage Road
PO Box 33003
Lakeland FL 33807-3003