United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 19-12879-mdc

Charles App, III                                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                         User: admin                              Page 1 of 1
Date Rcvd: Jan 22, 2024                      Form ID: pdf900                        Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol       Definition**
+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charles App, III, 3620 West Crown Avenue, Philadelphia, PA 19114-1802 |
| | | Lockheed Martin Shared Services, Attn: PA4, 1040 S. Parkway Frontage Road, P.O. Box 33003, Lakeland, FL 33807-3003 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2024                      Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2024 at the address(es) listed
below:**

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Charles App  III dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                          :       Chapter 13

Charles App, III               :       Case No. 19-12879-mdc
xxx-xx-4602
        Debtor

**ORDER**

AND NOW, this ___19th___ day of ___January_____, 2024,
it is hereby ORDERED that the Wage Order in effect in the above
captioned matter be TERMINATED.

*Magdeline D. Coleman*
_____
**HONORABLE MAGDELINE D. COLEMAN**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

Employer:
Lockheed Martin Shared Services
Attn: PA4
1040 S. Parkway Frontage Road
PO Box 33003
Lakeland FL 33807-3003