United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Charles App, III

    Debtor

Case No. 19-12879-mdc

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2                User: admin                  Page 1 of 3

Date Rcvd: Jan 31, 2024             Form ID: 138OBJ             Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2024:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Charles App, III, 3620 West Crown Avenue, Philadelphia, PA 19114-1802 |
| 14319344 | | Apothaker Scian P.C., PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 14319354 | + | FedLoan Servicing, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14319352 | + | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14319365 | + | Forry Ullman, 150 S Warner Road, Suite 450, King of Prussia, PA 19406-2843 |
| 14319366 | + | Frederic I. Weinberg & Associates, P.C., 375 E. Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 14319367 | + | Kline & Specter, The Nineteenth Floor, 1525 Locust Street, Philadelphia, PA 19102-3732 |
| 14319369 | + | Nicole Kaminsky, 3620 West Crown Avenue, Philadelphia, PA 19114-1802 |
| 14359609 | + | Toyota Motor Credit Corporation, C/O KEVIN G. MCDONALD, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14352481 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: megan.harper@phila.gov | Feb 01 2024 00:35:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 01 2024 00:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14319345 | ^ | MEBN | Feb 01 2024 00:23:02 | ATG Credit, 1700 West Cortland Street, Suite 201, Chicago, IL 60622-1166 |
| 14340847 | | Email/PDF: bncnotices@becket-lee.com | Feb 01 2024 00:46:36 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14319343 | + | Email/PDF: bncnotices@becket-lee.com | Feb 01 2024 00:46:35 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14319346 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 01 2024 00:34:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14322937 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 01 2024 00:34:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 14319350 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 01 2024 00:34:28 | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14322539 | | Email/Text: mrdiscen@discover.com | Feb 01 2024 00:34:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14319351 | + | Email/Text: mrdiscen@discover.com | Feb 01 2024 00:34:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14319347 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 01 2024 00:45:07 | Chase Card Services, Po Box 15298, Wilmington, |

DE 19850

| Recip ID | | Notice type | Date/time | Name and Address |
|---|---|---|---|---|
| 14319348 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 01 2024 00:45:05 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14335554 | + | Email/Text: RASEBN@raslg.com | Feb 01 2024 00:34:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14340252 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 01 2024 00:34:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14344443 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 01 2024 00:34:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14319368 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 01 2024 00:34:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 14355419 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 01 2024 00:45:22 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14319371 | + | Email/Text: bankruptcy1@pffcu.org | Feb 01 2024 00:34:00 | Police &fire, 1 Greenwood Square Office Park, 3333 Street Rd., Bensalem, PA 19020-2022 |
| 14319370 | + | Email/Text: bankruptcy1@pffcu.org | Feb 01 2024 00:34:00 | Police &fire, 3333 Street Rd, Bensalem, PA 19020-2022 |
| 14319374 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 01 2024 00:34:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 14319375 | | Email/Text: bncmail@w-legal.com | Feb 01 2024 00:34:00 | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |
| 14319376 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 01 2024 00:34:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 14333113 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 01 2024 00:34:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14753218 | + | Email/Text: EBN@edfinancial.com | Feb 01 2024 00:34:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14319377 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 01 2024 00:34:00 | Verizon Wireless, Attn: Verizon Wireless Bankruptcy Admini, 500 Technology Dr, Ste 550, Weldon Spring, MO 63304-2225 |
| 14319379 | + | Email/Text: PHILAW@weltman.com | Feb 01 2024 00:34:00 | Weltman, Weinberg & Reis Co., LPA, 170 S. Independence Mall W., Suite 874W, Philadelphia, PA 19106-3334 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14319353 | *+ | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14319356 | *+ | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14319357 | *+ | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14319358 | *+ | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14319359 | *+ | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14319360 | *+ | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14319361 | *+ | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14319362 | *+ | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14319363 | *+ | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14319364 | *+ | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14319355 | *+ | FedLoan Servicing, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14319349 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14319372 | *+ | Police &fire, 1 Greenwood Square Office Park, 3333 Street Rd., Bensalem, PA 19020-2022 |

District/off: 0313-2        User: admin        Page 3 of 3

Date Rcvd: Jan 31, 2024        Form ID: 138OBJ        Total Noticed: 36

| | | |
|---|---|---|
| 14319373 | *+ | Police &fire, 1 Greenwood Square Office Park, 3333 Street Rd., Bensalem, PA 19020-2022 |
| 14319378 | *+ | Verizon Wireless, Attn: Verizon Wireless Bankruptcy Admini, 500 Technology Dr, Ste 550, Weldon Spring, MO 63304-2225 |

TOTAL: 0 Undeliverable, 15 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2024        Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Charles App  III dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Charles App, III

              Debtor(s)

Case No: 19−12879−mdc

Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/31/24